UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
PEDRO LIZ,                                                         :
                                                                   :
                          Plaintiff,                               :
                                                                   :                    25 Civ. 4608 (JPC)
            -v-                                                    :
                                                                   :                    ORDER
BEAUTY SOLUTIONS, LTD.,                                            :
                                                                   :
                          Defendant.                               :
                                                                   :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       Defendant was served with a Summons and the Complaint on July 8, 2025, making its deadline to respond July 29, 2025. *See* Dkt. 5. That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court *sua sponte* extends Defendant's deadline to respond to the Complaint to August 21, 2025. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff shall seek a Certificate of Default by August 28, 2025.

       Plaintiff shall serve a copy of this Order on Defendant by August 5, 2025, and file proof of such service on the docket by August 7, 2025.

       SO ORDERED.

Dated: July 31, 2025
      New York, New York
                         JOHN P. CRONAN
                  United States District Judge